

U.S. DISTRICT COURT - N.D. OF N.Y.

FILED

JUL   9 2026

AT_____ O'CLOCK_____
John M. Domurad, Clerk - Syracuse

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) Criminal No. 5:26-CR-231 (FJS) |
| | ) |
| v. | ) **Indictment** |
| | ) |
| **Jaycee Floyd Jr.,** | ) Violations:  21 U.S.C. § 841(a)(1) & |
| | )  (b)(1)(C) |
| **Defendant.** | ) |
| | )  [Distribution and Possession |
| | )  with the Intent to Distribute a |
| | )  Controlled Substance] |
| | ) |
| | ) 1 Count and Forfeiture Allegation |
| | ) |
| | ) County of Offense:  Oswego |

## THE GRAND JURY CHARGES:

### COUNT 1

**[Distribution and Possession with the Intent to Distribute a Controlled Substance]**

On or about June 3, 2026, in Oswego County in the Northern District of New York, the defendant, **JAYCEE FLOYD JR.**, knowingly and intentionally distributed and possessed with intent to distribute cocaine base, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

### FORFEITURE ALLEGATION

The allegations contained in Count 1 of this indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 21 U.S.C. § 853(a)(1).

Upon conviction of offenses in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C), as set forth in Count 1 of this indictment, the defendant, **JAYCEE FLOYD JR.**, shall forfeit to the United States of America, pursuant to 21 U.S.C. § 853(a)(1), any property, constituting, and derived from,

any proceeds obtained, directly and indirectly as a result of the offense, including but not limited to:

(1) A money judgment in an amount to be determined.

### Substitute Assets

If any of the property described in the Forfeiture Allegation above, as a result of any act or omission of the defendant, either: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p) and Federal Rule of Criminal Procedure 32.2(e).

Dated:

A TRUE BILL,

_____
Grand Jury Foreperson

** Grand Jury Foreperson Name Redacted **

TODD BLANCHE
Acting Attorney General

JOHN A. SARCONE III
First Assistant United States Attorney

By: _____
Michael J. Whalen
Assistant United States Attorney
Bar Roll No. 704276

2